

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAVIER LINAN, JR., | § | |
| Appellant, | § | No. 08-21-00002-CR |
| v. | § | Appeal from the |
| THE STATE OF TEXAS, | § | 266th District Court |
| Appellee. | § | of Erath County, Texas[1] |
| | § | (TC# CR15071) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF FEBRUARY, 2021.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.

---

[1] We hear this case on transfer from the Eleventh Court of Appeals. *See* TEX.R.APP.P. 41.3.